U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

SEP - 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID FETT | CIVIL ACTION NO. 08-1096 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| GEORGE HIGGINS, III, et al. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (DOC. #5) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 5 day of September, 2008.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**