U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 0 1 2009

Tony R. Moore, Clerk
~~ROBERT H. SHEMWELL, CLERK~~
BY ____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID R. FETT (D.O.C. #486590) | DOCKET NO. 08-CV-1096; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| GEORGE HIGGINS III, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 31st day of MARCH, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE